THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK DERNER, Appellant.

Argued March 12, 1942; decided April 30, 1942.

*Heffren J. Cohen* and *Joseph Ambrusko* for appellant.

*John S. Marsh, District Attorney* (*Anthony L. Pusateri* of counsel), for respondent.

Judgments reversed and a new trial ordered on the ground that the evidence is insufficient to sustain the finding of guilt beyond a reasonable doubt. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY and CONWAY, JJ. Dissenting: FINCH, LEWIS and DESMOND, JJ.